IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JERMAINE ANDRA WHITAKER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV 121-092 |
| TIMOTHY C. WARD, Commissioner, Georgia Department of Corrections, | ) ) ) ) | |
| Respondent. | ) ) | |

# ORDER

Petitioner, an inmate at Wheeler Correctional Facility in Alamo, Georgia, brings the above-styled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee. On August 5, 2021, Respondent filed a motion to dismiss, to which Petitioner has yet to respond. (Doc. no. 6.) On August 25, 2021, the Court ordered Petitioner to file a response to the motion to dismiss within fourteen days. (Doc. no. 9.) However, although the Clerk mailed Petitioner the Order on August 25, 2021, the Post Office returned the mailing as undeliverable on September 7, 2021. (Doc. no. 10.)

The Court **DIRECTS** the **CLERK** to serve the Order, (doc. no. 9), upon Petitioner again at the following address:

> Jermaine Andra Whitaker
> GDC # 918245
> Wheeler Correctional Facility
> P.O. Box 466
> 195 North Broad Street
> Alamo, GA  30411

The Court resets Petitioner's fourteen-day deadline to file a response to Respondent's motion to dismiss, (doc. no. 6), and Petitioner shall have through and including September 23, 2021 to file a response.

SO ORDERED this 9th day of September, 2021, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA