IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JERMAINE ANDRA WHITAKER, | ) |
| Plaintiff-Appellant, | ) Case No.: CV 121-092 |
| | ) Appeal No.: 21-14467 |
| vs. | ) |
| COMMISSIONER TIMOTHY C. WARD, | ) |
| Defendant-Appellee. | ) |

### O R D E R

The appellant's motion for a certificate of appealability having been denied by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _10th_ day of May 2022.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA